IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CAROLE WARD | * | |
| Plaintiff | * | |
| | * | Case No.: H-00-235 |
| UNUM Life Insurance Company of America, et al. | * | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER WITHDRAWING APPEARANCE OF SAMUEL H. PAAVOLA
AS COUNSEL FOR THE PLAINTIFF CAROLE WARD**

Upon the foregoing Motion to Withdraw Appearance, it is this 6th day of April 2000 by the United States District Court for the District of Maryland

ORDERED that the appearance of Samuel H. Paavola as counsel for the Plaintiff, Carole Ward, is hereby withdrawn.

_____
Alexander Harvey, II
Senior United States District Judge